Argued and submitted January 7, reversed and remanded for reconsideration
February 4, 1998

In the Matter of the Compensation of
Jason Joel LaFoya, Claimant.

Jason Joel LaFOYA,
*Petitioner,*

*v.*

AN ADVANCED INTERIOR
and Liberty Northwest Insurance Corporation,
*Respondents.*

(96-07965; CA A97445)

952 P2d 573

Roger H. van Hoy argued the cause for petitioner. With him on the brief were L. Leslie Bush and Parker, Bush & Lane, P.C.

Robert L. Selig argued the cause for respondents. On the brief was Alexander D. Libmann.

Before De Muniz, Presiding Judge, and Haselton and Linder, Judges.

PER CURIAM

Reversed and remanded for reconsideration. *Carothers v. Robert Westlund Construction*, 149 Or App 457, 944 P2d 966 (1997).